

100 WALL STREET
SUITE 700
NEW YORK, NEW YORK 10005
Tel: (212) 858-7769
Fax: (212) 858-7543
ManningKass.com

Lee Pinzow

July 25, 2024

**VIA ECF**
Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: ***Allstate Ins. Co., et al. v. Shtrikman et al.*, 24-cv-1926 (CLP)**

Dear Judge Pollak:

    We represent Plaintiffs in the above-referenced matter and jointly with counsel for Defendants write to advise the Court of the result of ongoing settlement discussions between the parties. The parties are pleased to inform the Court that they have reached an agreement in principle to resolve the matter. In order to allow for time for the parties to exchange a written agreement and finalize the settlement terms, the parties anticipate that the agreement will be complete within the next thirty days (30) days and respectfully request an adjournment of the deadlines set by the Court's July 9, 2024 scheduling order to do so. Upon completion of the settlement, Plaintiffs will promptly file a Stipulation of Voluntary Dismissal concerning the named Defendants and Notice of Voluntary Dismissal for the John Doe and ABC Corporation Defendants.

    We thank the Court for its consideration of this matter.

Very truly yours,

MANNING | KASS

/s/ Lee Pinzow
Lee Pinzow, Esq.

**DALLAS** 901 Main Street, Ste 6530, Dallas, TX 75202 (214) 953-7669
**LOS ANGELES** 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017 (213) 624-6900
**ORANGE COUNTY** 695 Town Center Dr., Ste 400, Costa Mesa, CA 92626 (949) 440-6690
**PHOENIX** 2700 N. Central Ave., Ste 870, Phoenix, AZ 85004 (602) 313-5469
**SAN DIEGO** 225 Broadway, Suite 1200, San Diego, CA 92101 (619) 515-0269
**SAN FRANCISCO** One California St., Ste 900, San Francisco, CA 94111 (415) 217-6990