**Exhibit "4"**
**Stipulation of Dismissal**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY, ET AL.,**<br><br>                                   **Plaintiffs,**<br><br>-against-<br><br>**REGINA SHTRIKMAN, ET AL.,**<br><br>                                   **Defendants.** | 24-cv-1926<br>(BMC)<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLELY AS TO TREBOR MULTI SERVICES, INC. AND REGINA SHTRIKMAN.** |

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

    1.    Any and all claims and defenses by and between Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), on the one hand, and Trebor Multi Services, Inc. and Regina Shtrikman ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

    2.    Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

    3.    This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

Dated: New York, New York
September 26, 2024

**MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP**

By: _____
Robert A. Stern, Esq.
James A. McKenney, Esq.
Lee Pinzow, Esq.
100 Wall Street, Suite 700
New York, New York 10005
*Counsel for Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Property and Casualty Insurance Company*

**SCHWARTZ, CONROY & HACK PC**

By: *Matthew J. Conroy*
Matthew J. Conroy, Esq.
Robert Hewitt, Esq.
Schwartz, Conroy & Hack PC
666 Old Country Road, Suite 900
Garden City, New York 11530
*Counsel for Trebor Multi Services, Inc. and Regina Shtrikman*

**S O  O R D E R E D**

*Brian M. Cogan*
Brian M. Cogan, U.S.D.J.

Dated: Sept. 26, 2024